*In re* JUAN CARLOS GRAU DÍAZ.

*Número:* TS-8527          *Resuelto:* 18 de enero de 2002

*Juan Carlos Grau Díaz, pro se.*

---

## RESOLUCIÓN

Examinada la Moción Sometiendo Documento y Solicitando Reinstalación, presentada por Juan Carlos Grau Díaz, se ordena su reinstalación a la práctica de la profesión legal.

Se instruye a Grau Díaz a tomar las medidas necesarias para atender el caso del Sr. Edgar Galarza Quiñónez y mantener a este Tribunal informado sobre ello.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo Interina. El Juez Presidente Señor Andréu García no intervino.

(*Fdo.*) Carmen E. Cruz Rivera
*Secretaria del Tribunal Supremo Interina*